UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                                               Criminal No. 12-cr-82-1-SM

<u>Glenn S. Bates</u>

**O R D E R**

After hearing, and given the parties' stipulation admitting Dr. Drukteinis's evaluation report dated August 17, 2012, I find that the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Accordingly, the defendant is committed to the custody of the Attorney General for hospitalization and treatment in a suitable facility, as provided for in 18 U.S.C. § 4241(d).

    **SO ORDERED.**

                                                      _____
                                                      Steven J. McAuliffe
                                                      United States District Judge

September 11, 2012

cc:  Mark S. Zuckerman, AUSA
     Jonathan R. Saxe, Esq.
     U.S. Probation
     U.S. Marshal